UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE<br>CHARLES PHILLIP COWIN<br>      Debtor | CASE NO.:<br>10-34132<br>Chapter 11 |

---

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC.,<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY<br>      Plaintiffs<br><br>vs.<br><br>CHARLES PHILLIP COWIN<br>      Defendant | ADVERSARY NO.:<br>10-03583 |

### NOTICE RESETTING PRETRIAL CONFERENCE

Please take notice that the Pretrial Conference set for  July 28, 2011  on the above referenced adversary is rescheduled to   September 1, 2011   at  9:30 a.m. , in Courtroom 600, 6th Floor, Bob Casey Federal Courthouse, 515 Rusk Street, Houston, Texas.

THIS RESET DATE DOES NOT EXTEND ANY DEADLINES ALREADY SET BY THE COURT.

DATED:     July 19, 2011

**JEFF BOHM**
**United States Bankruptcy Judge**

Robin Stennis  |  Case Manager
U S Bankruptcy Court | Bob Casey Courthouse
515 Rusk Street | 5th floor
Houston, Texas 77002
cmA679@tsx.uscourts.gov