UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE<br>CHARLES PHILLIP COWIN<br>　　　Debtor | CASE NO.:<br>10-34132<br>Chapter 11 |

---

COUNTRYWIDE HOME LOANS, INC.,
DEUTSCHE BANK NATIONAL TRUST
COMPANY
　　　Plaintiffs

vs.

ADVERSARY NO.:
10-03583

CHARLES PHILLIP COWIN
　　　Defendant

### NOTICE RESETTING PRETRIAL CONFERENCE

　　Please take notice that the Pretrial Conference set for  July 28, 2011  on the above referenced adversary is rescheduled to   September 1, 2011   at  9:30 a.m. , in Courtroom 600, 6th Floor, Bob Casey Federal Courthouse, 515 Rusk Street, Houston, Texas.

THIS RESET DATE DOES NOT EXTEND ANY DEADLINES ALREADY SET BY THE COURT.

DATED:　　July 19, 2011　　　　**JEFF BOHM**
　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**

　　　　　　　　　　　　　　　　Robin Stennis  |  Case Manager
　　　　　　　　　　　　　　　　U S Bankruptcy Court | Bob Casey Courthouse
　　　　　　　　　　　　　　　　515 Rusk Street | 5th floor
　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　cmA679@tsx.uscourts.gov

United States Bankruptcy Court
Southern District of Texas

Countrywide Home Loans, Inc.,
    Plaintiff

Adv. Proc. No. 10-03583-jb

Cowin,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0541-4      User: rste      Page 1 of 1      Date Rcvd: Jul 19, 2011
Form ID: pdf111      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2011.
aty      +Kevin L Colbert, Mason Coplen et al, 7500 San Felipe, Ste 700, Houston, TX 77063-1709
dft      +Charles Phillip Cowin, 1707 1/2 Post Oak Blvd., PMB 263, Houston, TX 77056-3801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla      Countrywide Home Loans, Inc.
pla      Deutsche Bank National Trust Company

    TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2011**      **Signature:** _/s/ Joseph Speetjens_